IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE, ) ) ) Plaintiff, ) ) v. ) ) NATALIE GRABOWSKI, SUPERNAT ) LLC d/b/a LIBERTY TAX FRANCHISE, ) DAVID M. ROCCI, and ROCK TAX ) TEAM LLC, ) ) Defendant. ) | Case No.: 1:19-cv-08123<br><br>Honorable Judge Matthew F. Kennelly |

**EXPRESS UNDERTAKING OF NATALIE GRABOWSKI
TO SUBMIT TO THE JURISDICTION OF THE COURT**

NOW COMES Natalie Grabowski, former defendant in the above-captioned action, by and through her attorney, Joseph J. Madonia of Joseph J. Madonia & Associates, who states and shows unto the Court the following:

1. By and through this express undertaking, Natalie Grabowski hereby consents and submits to the jurisdiction of this Court for any and all purposes related to and/or in connection with:

    (a) her deposition to be taken in the present action on January 21, 2021, or such other date as the Court may so direct, and

    (b) any notice of deposition related thereto.

2. The above-named counsel, with leave of the Court, has filed an appearance in the present action on behalf of Natalie Grabowski in connection with this matter.

This the 7th day of January, 2021.

                                                  Respectfully submitted,

                                                  /s/Joseph J. Madonia
                                                  Joseph J. Madonia
                                                  Attorney for Natalie Grabowski

Joseph J. Madonia (ARDC No. 6205043)
Joseph J. Madonia & Associates
5757 North Sheridan, Suite 10A
Chicago, Illinois 60660
(312) 953-9000
josephmadonia@gmail.com

*Attorney for Natalie Grabowski*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 7, 2021, he electronically filed the foregoing *Express Undertaking of Natalie Grabowski to Submit to the Jurisdiction of the Court* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, including the following:

Kelly V. Milam, Esq., Christina R. Spiezia, Esq., Peter G. Siachos, Esq., GORDON REES SCULLY MANSUKHANI LLP, One North Franklin Street, Suite 800, Chicago, Illinois 60606, kmilam@grsm.com, cspiezia@grsm.com, psiachos@grsm.com.

W. Michael Garner, Esq., 43 Main Street SE, Suite 500, Minneapolis, Minnesota 55414, wmgarner@yourfranchiselawyer.com.

Carmen D. Caruso, Esq., William B. Whitner, Esq., CARMEN D. CARUSO LAW FIRM, 77 West Washington Street, Suite 1900, Chicago, Illinois 60602, cdc@cdcaruso.com, wbw@cdcaruso.com.

By: /s/Joseph J. Madonia
Joseph J. Madonia
Attorney for Natalie Grabowski

Joseph J. Madonia (ARDC No. 6205043)
Joseph J. Madonia & Associates
5757 North Sheridan, Suite 10A
Chicago, Illinois 60660
(312) 953-9000
josephmadonia@gmail.com